UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER DARNELL SEYMORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1756** |
| **JASON BERGERON, ET AL.** | **SECTION "L" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 6, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly, for the foregoing reasons,

**IT IS ORDERED** that Plaintiff is **GRANTED** forty-five (45) days from the date of this Order within which to file an Amended Complaint setting forth all facts necessary to state a claim as stated herein for Plaintiff's § 1983 claims alleging unconstitutional conditions of confinement based on mold, insects, lack of air conditioning, and leaks. If Plaintiff fails to do so, his claims will be **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(a)–(b), and 42 U.S.C. § 1997e(c)(1) for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Parish President Bergeron, Sheriff Soignet, Warden Ledet, and Sgt. Fanguy premised on *respondeat superior* liability are **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(a)–(b), and 42 U.S.C. § 1997e(c)(1) as frivolous and otherwise for failure to state a claim for which relief can be granted, without leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Terrebonne Public Defender Kerry Byrne is **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. §§ 1915(e)(2),

1915A(a)–(b), and 42 U.S.C. § 1997e(c)(1) as frivolous and otherwise for failure to state a claim for which relief can be granted, without leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff's claims against District Attorney Joseph Waitz, 32nd Judicial District Court Judge Randall Bethancourt, and Assistant District Attorney Patricia Parker Floyd are **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(a)-(b), and 42 U.S.C. § 1997e(c)(1) as frivolous and otherwise for failure to state a claim for which relief can be granted, without leave to amend.

New Orleans, Louisiana, this 10th day of November, 2025.

_____
THE HONORABLE ELDON E. FALLON